UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JAMIE NATHANIEL HACKER | ) | Case No. 19-04050-JMC-7 |
| DEBRA SUE HACKER | ) | |
| Debtors | | |

**AMENDED MOTION TO AVOID JUDICIAL LIEN
AND NOTICE OF OBJECTION DEADLINE**

The Debtors hereby move the Court pursuant to 11 U.S.C. 522(f) to avoid the judicial lien of Forum Credit Union on the following described property:

> Lot 31 in Holdens First Subdivision in Morgan County, Indiana
> Address: 1709 Northwest Avenue, Martinsville, IN 46151

In support of said Motion, the Debtors submits the following information:

1. The debtors filed this case on June 4, 2019, referred to as the "Petition Date."

2. The creditor obtained a judgment which is a lien on the real property described above. The judgment was obtained pre-petition on May 29, 2019 in Morgan Superior Court 3, Cause No. 55D03-1812-CC-002342.

3. Value of the Property as of the Petition Date is $64,000.00.

4. There is a mortgage on this property with Wells Fargo Home Mortgage for $58,407.00 and it will not be avoided. There is no other lien on this property.

5. The above creditor's lien is in the approximate amount of $3,467.96.

6. Amount of the exemption to which the debtors would be entitled but for the lien is $19.300.00.

7. The Property has been claimed exempt. The lien impairs an exemption of the debtors and is subject to avoidance under 11U.S.C. 522(f).

**NOTICE: <u>Your rights may be effected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to enter an order avoiding the judicial lien, or if you want the court to consider your views on the motion, then on or before July 8, 2019 you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at: 116 U. S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204

If you mail your objection to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy of your objection to:

Joseph B. Barker, Attorney, P. O. Box 1736, Martinsville, IN 46151
Mr. Paul D. Gresk, 150 E. 10th Street, Indianapolis, IN 46204
U.S. Trustee, 116 U.S. Courthouse, 46 E. Ohio Street, Indianapolis, IN 46204

If you or your attorney do not take these steps, the court may decide that you do not oppose an order avoiding the judicial lien, and may enter an order granting that relief.

WHEREFORE, the Debtors move the Court to enter an order avoiding the judicial lien and granting such other relief as may be appropriate.

Date: 09/27/19

/s/ Joseph B. Barker
Joseph B. Barker
Attorney for Debtors
Attorney No. 2567-55
P. O. Box 1736
Martinsville, IN 46151

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Avoid Judicial Lien and Notice of Objection Deadline has been duly served upon the following by United States Mail, Certified Mail with postage prepaid/and or ECF, this 27th day of September 2019.

/s/ Joseph B. Barker
Joseph B. Barker
Attorney for Debtors

Registered Agent for Forum Credit Union
Mr. Douglas A. True, 11313 USA Parkway, Fishers, IN 46038

U. S. Trustee, 116 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204
Mr. Paul D. Gresk, 150 E. 10th Street, Indianapolis, IN 46204
Mr. Kyle B. Blowers, Attorney, Two North Ninth St., Noblesville, IN 46060