UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 06/2018)

In re:

**Jamie Nathaniel Hacker**,
**Debra Sue Hacker**,
        Debtors.

Case No. **19–04050–JMC–7**

## NOTICE OF DEFICIENT FILING

A Motion to Avoid Judicial Lien was filed on October 9, 2019, by Debtor Jamie Nathaniel Hacker.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Federal Rules of Bankruptcy Procedure or local rules require an objection deadline of 21 days, not 24 days.

    Electronic signature not in correct format per Administrative Procedures Manual.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by October 24, 2019, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: October 10, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court