# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 10/10/2019 |
| Case: 19−04050−JMC−7 | Form ID: SF00075 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

aty        Joseph B. Barker        josephbb@yahoo.com

TOTAL: 1